UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMANTHA K. WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00763-RLY-TAB |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review.   The parties were afforded due opportunity pursuant to

statute and the rules of this court to file objection; none were filed.   The court, having

considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the

Magistrate Judge's Report and Recommendation

**SO ORDERED** this 4th day of December 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record